IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Erin Hawley, ) | C/A No.: 3:23-6270-MGL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| United States Army Fort Jackson ) | ORDER |
| Criminal Investigation Division, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This case was removed to this court on December 5, 2023. [ECF No. 1]. On December 12, 2023, Defendant filed a motion to dismiss. [ECF No. 8]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of the motion and of the need for her to file an adequate response by January 12, 2024. [ECF No. 9]. Plaintiff was specifically advised that if she failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to Defendant's motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to the motion by January 31, 2024. Plaintiff is further advised that if she fails to

respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

January 17, 2024                          Shiva V. Hodges
Columbia, South Carolina       United States Magistrate Judge